IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DAMON LONDON, An individual;
KERI LONDON, An individual

    Plaintiff(s)

-against-

QIAN YU, an individual; AMERICAN TRANSIT INSURANCE COMPANY, a New York Corporation; and Does 1-10 inclusive,

    Defendant(s)

**DECLARATION**

Case No.: 18 CV 1644 JAH/RBB

**FILED**
Sep 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ judep DEPUTY

NUNC PRO TUNC
8/10/2018

I, Michael London, declare as follows: I represent Damon and Keri London to which I filed a complaint on their behalf. After service of the complaint, the case immediately settled on or about August 14, 2018. I filed a stipulation of discontinuance with the Court, which included the signature of the defendant's counsel to immediately stop the case as we waited for my clients to sign the release and for the defendant's counsel to send the settlement check. The stipulation of discontinuance was hand delivered to the Court. All of the appropriate documents have now been signed and proceeds have already been sent and distributed. Since the case settled almost immediately after the filing of the lawsuit and because I have not practiced in Federal Court for over 40 years, I therefore did not enroll in the required electronic filing system. I respectfully request that the Court accept this filing of this dismissal of the above captioned case. I will not file any future Federal actions without first enrolling in the required electronic filing system.

I, Michael London, declare under penalty of perjury that the foregoing is true and correct.

Date: September 7, 2018
San Diego, California

*[signature: M L]*

Michael London, Esq.
Attorney for Plaintiffs
Damon London and Keri London
4470 Resmar Road
La Mesa, CA 91941
619-300-2302

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DAMON LONDON, An individual;
KERI LONDON, An individual

  Plaintiff(s)

-against-

QIAN YU, an individual; AMERICAN
TRANSIT INSURANCE COMPANY, a
New York Corporation; and Does 1-10
inclusive,

  Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 18 CV 1644 JAH/RBB

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs DAMON LONDON and KERI LONDON and or their counsel, hereby give notice that the above- captioned action is voluntarily dismissed, with prejudice against the defendants QIAN YU and AMERICAN TRANSIT INSURANCE COMPANY.

Date: September 7, 2018
  San Diego, California

                 /s/ Michael London

                 Michael London, Esq.
                 Attorney for Plaintiffs
                 Damon London and Keri London
                 4470 Resmar Road
                 La Mesa, CA 91941
                 619-300-2302

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LONDON, An individual; <br> KERI LONDON, An individual <br><br> Plaintiff(s) <br><br> -against- <br><br> QIAN YU, an individual; AMERICAN TRANSIT INSURANCE COMPANY, a New York Corporation; and Does 1-10 inclusive, <br><br> Defendant(s) | **PROOF OF SERVICE** <br><br> Case No.: 18 CV 1644 JAH/RBB |

## PROOF OF SERVICE

I hereby certify that on the 29th day of August 2018, a copy of the foregoing document, NOTICE OF VOLUNTARY DISMISSAL, was served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Marjorie E. Bornes, Esq.
Attorney for Defendants
Qian Yu and American Transit
One MetroTech Center North, 8th Floor
Brooklyn, New York 11201
212-857-8252

Date: September 7, 2018
San Diego, California

Allen Leisorek, Law Clerk
For London Law Group