UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LONDON, an individual; KERI LONDON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>QIAN YU, an individual; AMERICAN TRANSIT INSURANCE COMPANY, a New York Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 18-CV-1644-JAH-RBB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>**[Fed. R. Civ. P. Rule 41(a)(1)(A)(i)]** |

Plaintiffs DAMON LONDON and KERI LONDON filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii) [Doc. No. 5]. Accordingly, the above-referenced matter is hereby **DISMISSED** with prejudice against Defendants QIAN YU and AMERICAN TRANSIT INSURANCE COMPANY.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs, if any.

**IT IS SO ORDERED.**

DATED: October 12, 2018

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1